UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

James Hexamer,

                Plaintiff,

  v.

Sears Holdings Corporation,

                Defendant.
_____

Civil Action No.: 1:17-cv-05827

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| James Hexamer | Sears Holdings Corporation |
|---|---|
| ___/s/ Jenny DeFrancisco_____ | _/s/ Suzanne Alton de Eraso _____ |
| Jenny DeFrancisco, Esq. | Suzanne Alton de Eraso, Esq. |
| LEMBERG LAW, LLC | Craig M. White, Esq. |
| 43 Danbury Road | BAKER & HOSTETLER LLP |
| Wilton, CT 06897 | 191 North Wacker Drive, Suite 3100 |
| Telephone: (203) 653-2250 | Chicago, IL 60606 |
| *Attorneys for Plaintiff* | Telephone: (312) 416-6200 |
| | *Attorneys for Defendant* |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2018, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Suzanne Alton de Eraso, Esq.
Craig M. White, Esq.
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, IL 60606
*Attorneys for Defendant*

                                                   By *\_/s/ Jenny DeFrancisco_____*
                                                      Jenny DeFrancisco, Esq.